Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Andy Jaurigue

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>Andy Jaurigue,<br><br>         Defendant | No. 09-00456-JW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING DATE**<br>**AND EXCLUDING TIME UNDER THE**<br>**SPEEDY TRIAL ACT, 18 U.S.C.**<br>**SECTION 3161** |

         The United States of America, by Tom O'Connell, Assistant United States Attorney, and the defendant in the above case, by and through his attorney Peter A. Leeming, hereby enter into this joint stipulation.

     The parties stipulate, and ask the Court to adopt as its FINDINGS that:

     1.   This case is currently set for status on September 28, 2009 at 1:30 P.M.  Through this stipulation, the parties are requesting the hearing be continued until October 26, 2009, at 1:30 P.M.

Stipulation and Proposed Order resetting dates [Jaurigue]          -1-

2. This matter involves allegations of distribution of narcotics in a sting operation operated by the California Highway Patrol and the DEA.

3. The government has extended a settlement offer to Mr. Jaurigue and has invited the defense to submit materials in response. An appropriate submission requires defense investigation that has not been completed. Counsel for Mr. Jaurigue has not been able to provide the requested information to the government, due to his involvement in a multi defendant homicide case, *People v. Mendoza* et al., #WF00742. In that case, Mr. Leeming represents a 14 year old juvenile who is charged as an adult with first degree murder. That matter has required a great deal urgent attention and extensive motion work due to the unique nature of the proceedings.

4. Both sides therefore respectfully request that the court order as follows:

1. That the current hearing date of September 28, 2009 be vacated;

2. That a new be set for October 26, 2009 at 1:30 P. M., for further proceedings, and:

3. That an exclusion of time is appropriate and necessary in order to allow the effective preparation of counsel and to complete investigation, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv).


IT IS SO STIPULATED

Stipulation and Proposed Order resetting dates [Jaurigue]                -2-

```
Dated:  9/23/09            By:_____/S/_____
                               THOMAS O'CONNELL, Assistant
                               United States Attorney


Dated:  9/23/09            By:_____/S/_____
                               PETER A. LEEMING, attorney
                               for Andy Jaurigue
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-00456 JW |
| ) | |
| Plaintiff, ) | **[~~PROPOSED~~] ORDER CONTINUING** |
| ) | **HEARING DATE AND EXCLUDING** |
| vs. ) | **TIME UNDER THE SPEEDY TRIAL** |
| ) | **ACT** |
| Andy Jaurigue, Defendant ) | |
| ) | |

**ORDER**

For the reasons stated in the above Stipulation, the Court orders as follows:

1. The current hearing date of September 28, 2009 is vacated and the case is continued to October 26, 2009 at 1:30 P.M., for further proceedings.

2. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time from

1  September 28, 2009 to October 26, 2009 should be made under 18
2  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
3     IT IS SO ORDERED.
4     Dated: September 25, 2009                  /s/ James Ware
                                                 United States District Court
5                                                Judge