UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-CR-00456-JW[1] |
| Plaintiff, | ORDER DENYING DEFENDANT'S REQUESTS TO EXTEND SURRENDER DATE |
| v. | |
| ANDY JAURIGUE, | |
| Defendant. | |

Defendant Andy Jaurigue's April 23, 2011 and April 29, 2011 letters to Judge Ware request the following:

(1) An extension of his May 9, 2011 at 2 p.m. date and time to surrender to serve his 60 month sentence in CR-09-00456-001 JW; and

(2) A placement in a drug program or on a waiting list until a bed in a prison in California becomes available.

Defendant's requests are DENIED. Judge Ware sentenced Defendant on February 7, 2011, and gave Defendant more than three months before Defendant had to surrender to serve his sentence. Moreover, Judge Ware already recommended that the Bureau of Prisons allow

---

[1] The Honorable James Ware is no longer assigned to this case. The pending requests came to the undersigned's attention as the General Duty Judge for the month of May 2011.

1

Case No.: 09-CR-00456-JW
ORDER DENYINY DEFENDANT'S REQUESTS TO EXTEND SURRENDER DATE

Defendant to enroll in the 500 hour RDAP program.

**IT IS SO ORDERED.**

Dated: May 5, 2011

                                          *Lucy H. Koh*
LUCY H. KOH
United States District Judge